UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN HIRAKI, | CASE NO. 2:22-cv-01583-LK |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

This matter comes before the Court sua sponte. Plaintiff Ryan Hiraki filed his complaint in this case in November 2022, Dkt. No. 1, and on May 30, 2023, the Court granted Defendant Citibank, N.A.'s motion to compel arbitration of Hiraki's claims and to stay the proceedings while the parties arbitrated the matter, Dkt. No. 35. Hiraki has not filed anything in this case since his June 2023 motion to dismiss a different Defendant, Dkt. No. 36, and following that dismissal, Dkt. No. 38, Citibank is the only remaining defendant. It seems unlikely that arbitrating this matter has taken nearly three years.

ORDER TO SHOW CAUSE - 1

Plaintiffs have a general duty to prosecute their claims, *see Fid. Phila. Tr. Co. v. Pioche Mines Consol., Inc.*, 587 F.2d 27, 29 (9th Cir. 1978), and they fail to fulfill this duty when they do not litigate their case, *see, e.g.*, *Spesock v. U.S. Bank, NA*, No. C18-0092-JLR, 2018 WL 5825439, at *3 (W.D. Wash. Nov. 7, 2018). "[T]o prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts," federal courts may exercise their inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 629–31 (1962); *see also* LCR 41(b)(1) ("Any case that has been pending in this court for more than nine months without any proceeding of record having been taken may be dismissed by the court on its own motion for lack of prosecution.").

The Court therefore ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute within 14 days of this Order. Failure to timely respond will result in dismissal of the claims against Citibank without prejudice.

Dated this 7th day of April, 2026.

Lauren King
United States District Judge

ORDER TO SHOW CAUSE - 2